**HOLT TEXAS, LTD., Appellant,**

v.

**Oscar HALE, Jr., Appellee.**

No. 04–02–00795–CV.

Court of Appeals of Texas,
San Antonio.

July 28, 2004.

Katherine D. Mackillop, John E. Cyr, Fulbright & Jaworski L.L.P., Houston, Eduardo Roberto Rodriguez, Jaime A. Saenz, Rodriguez, Colvin & Chaney, L.L.P., Brownsville, for appellant.

Oscar Hale, Jr., Jones & Gonzalez, P.C., Laredo, pro se.

Kristina Laurel–Hale, Laredo, for appellee.

Sitting: ALMA L. LÓPEZ, Chief Justice, SANDEE BRYAN MARION, Justice, PHYLIS J. SPEEDLIN, Justice.

## SUPPLEMENTAL MEMORANDUM OPINION

PER CURIAM.

In compliance with the suggestion of remittitur contained in this court's opinion and judgment dated May 12, 2004, Oscar Hale, Jr., appellee, filed a remittitur of $27,500 on June 10, 2004. The trial court's judgment is reformed to reduce the amount of guardian ad litem fees awarded by $27,500. The trial court's judgment is affirmed as reformed.